# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-1826

—————————————————

DAVID BAITY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

February 21, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

David Baity, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.